IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

Sheet Metal Workers Local Union 24 :
Joint Apprenticeship and Training :
Committee, et al., : Case No. 2:15-cv-0251
 :
        Plaintiffs, :
 :
  v. : Judge Frost
 :
May Contracting, Inc. :
 :
        Defendant. : Magistrate Judge Deavers

## ORDER OF DEFAULT JUDGMENT

IT APPEARS that Defendant May Contracting, Inc. has been served with a Summons and Amended Complaint herein and has failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired and the default of said Defendant has been duly entered according to law.

NOW, THEREFORE, upon Plaintiffs' Motion for Default Judgment, judgment is hereby entered against Defendant in pursuance of the prayer of said Amended Complaint.

WHEREFORE, it is ORDERED, ADJUDGED and DECREED that Plaintiffs Sheet Metal Workers Local Union 24 Joint Apprenticeship and Training Committee, and the Trustees thereof; Plaintiff Sheet Metal Workers Local 98 Pension Fund, and the Trustees thereof; Plaintiff Sheet Metal Workers Local 98 Welfare Fund, and the Trustees thereof; and Plaintiff Sheet Metal Workers Local No. 24 Retirement Savings Plan, and the Trustees thereof, ("Plaintiffs") have and recover the sum of Fourteen Thousand Six Hundred Eleven Dollars and Fifty-Five Cents ($14,611.55) in interest and liquidated damages on delinquent payments received through October 28, 2015, plus costs in the amount of Four Hundred Seventy Nine Dollars and Thirty-Seven Cents ($479.37), plus interest from the time of judgment at the legal rate.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendant May Contracting, Inc. is to immediately submit all reports, contributions, interest and liquidated damages owed for the month of October 2015, and any other months for which reports and contributions become due and owing during the pendency of this motion; and to timely remit all future reports and pay all contributions when due under the terms of its collective bargaining agreement with International Association of Sheet Metal, Air, Rail, and Transportation Workers Local Union No. 24 (Columbus Area).

/s/ GREGORY L. FROST
U.S. DISTRICT JUDGE GREGORY L. FROST

APPROVED:

/s:/ Steven D. Stone
Steven D. Stone (0067130)
The Law Offices of Leonard S. Sigall
6470 East Main Street
Reynoldsburg, OH 43068
Tel.: 614-866-4025
Fax.: 614-866-6055
Email: attysstone@aol.com

Trial Attorney for Plaintiffs